# Exhibit 2

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| claim 1.1 A computer-based method of facilitating training in a computer-based neural network, the method comprising: | As highlighted below, SoundHoundAI's product name Voice AI Platform is a computer-implemented software platform that performs real-time speech-to-text processing by utilizing neural networks.<br><br>**Product Related Information Below:**<br> |

1

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  |

2

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  |

3

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  | https://www.soundhound.com/voice-ai-products/asr/ |
| claim 1.2 receiving an electrical input signal at a neuron in the computer-based neural network that comprises a plurality of neuron layers; | As highlighted below, the SoundHound explicitly represents its advanced ASR as neural network-based and built on a deep learning architecture (i.e., multi-layer neural models). Below documentation do not literally say "electrical input signal at a neuron, but speech is necessarily digitized into numeric signals processed by neural layers (ASR).<br><br>**Product Related Information Below:**<br><br>BENEFITS<br><br>**Our Neural Network–Based Automated Speech Recognition**<br><br>Large Vocabulary with Accuracy<br><br>**Improved Acoustic Modeling**<br>Our deep learning architecture uses sophisticated training methods in a variety of real-world scenarios—including different acoustic conditions, speaker variations, and application domains—for the highest accuracy.<br><br>Advanced Language Modeling<br><br>Custom ASR Enhancement |

4

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
| --- | --- |
| | https://www.soundhound.com/voice-ai-products/asr/<br><br>The advancements in ASR technology are further enhanced by the ability to include custom vocabulary. That means that the words and phrases relevant to your industry or individual business can be included, allowing users to speak just as they would to another person in the same environment—using the terms and lexicon unique to your industry or company.<br><br>Machine learning infrastructures in ASR engines can support language libraries with millions of words, including specific vocabulary, acronyms, and proper nouns. These neural network–based speech recognition models increase word accuracy as more specific training data is collected and added—creating language understanding for specific contexts.<br><br>https://www.soundhound.com/blog/how-automatic-speech-recognition-works-to-improve-transcription-accuracy/ |

5

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  |

6

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  |  Speech To Meaning® Technology for Increased Speed and Accuracy  https://www.youtube.com/watch?v=brErUouxb_s |
| claim 1.3 applying a first non-linear transform to the input signal at the neuron to produce a plain signal; | The SoundHound expressly characterizes its 'Voice AI' platform uses ASR as neural network-based and built on a deep learning architecture trained across real-world scenarios—i.e., an advanced deep neural network backend then the non-linear neuron transform is a necessary technical attribute of such deep learning models within neurons/layers to learn non-linear mappings. Under this disclosure, the neuron output after such non-linear activation is reasonably aligned with the claimed "plain signal" produced by a first non-linear transform.  **Product Related Information Below:** |

7

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  | https://www.soundhound.com/blog/how-automatic-speech-recognition-works-to-improve-transcription-accuracy/ |
| claim 1.4 applying a second non-linear transform to the input signal at a first gate in the neuron to produce a transform signal; | SoundHound confirms the use of a deep learning neural network architecture. While modern ASR neural networks may internally implement gated operations, SoundHound's public materials do not expressly describe such functionality.<br><br>**Product Related Information Below:** |

9

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  | <br><br>https://www.soundhound.com/voice-ai-products/asr/ |

10

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| | The advancements in ASR technology are further enhanced by the ability to include custom vocabulary. That means that the words and phrases relevant to your industry or individual business can be included, allowing users to speak just as they would to another person in the same environment—using the terms and lexicon unique to your industry or company.<br><br>Machine learning infrastructures in ASR engines can support language libraries with millions of words, including specific vocabulary, acronyms, and proper nouns. These neural network–based speech recognition models increase word accuracy as more specific training data is collected and added—creating language understanding for specific contexts.<br><br>https://www.soundhound.com/blog/how-automatic-speech-recognition-works-to-improve-transcription-accuracy/ |
| claim 1.5 applying a third non-linear transform to the input signal at a second gate in the neuron to produce a carry signal; and | The SoundHound Voice AI platform uses a deep learning neural network for automatic speech recognition. Neural networks of this type often incorporate internal gating mechanisms that control information flow. Although SoundHound does not explicitly describe a second gate or carry signal, the presence of gating can be reasonably inferred from the overall description of advanced neural network processing.<br><br>**Product Related Information Below:** |

11

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| | **BENEFITS**<br><br>**Our Neural Network–Based Automated Speech Recognition**<br><br>Large Vocabulary with Accuracy<br><br>**Improved Acoustic Modeling**<br><br>Our deep learning architecture uses sophisticated training methods in a variety of real-world scenarios—including different acoustic conditions, speaker variations, and application domains—for the highest accuracy.<br><br>Advanced Language Modeling<br><br>Custom ASR Enhancement<br><br>https://www.soundhound.com/voice-ai-products/asr/ |
| claim 1.6 calculating a weighted sum of a non-transformed first component of the input signal and the plain signal at the neuron, wherein calculating the | As highlighted below, the Voice AI platform leverages deep neural network models. In such models, neurons compute weighted combinations of inputs and neuron outputs. While SoundHound does not publicly disclose specific internal summation pathways, the general description of its deep learning architecture implies the use of weighted sums for signal combination within network layers.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| weighted sum of the non-transformed first component of the input signal and the plain signal comprises: | <br><br>Speech To Meaning® Technology for Increased Speed and Accuracy<br><br>https://www.youtube.com/watch?v=brErUouxb_s |

13

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| | **BENEFITS** <br><br> **Our Neural Network–Based Automated Speech Recognition** <br><br> Large Vocabulary with Accuracy <br><br> Improved Acoustic Modeling <br><br> Our deep learning architecture uses sophisticated training methods in a variety of real-world scenarios—including different acoustic conditions, speaker variations, and application domains—for the highest accuracy. <br><br> Advanced Language Modeling <br><br> Custom ASR Enhancement <br><br> https://www.soundhound.com/voice-ai-products/asr/ |
| claim 1.7 calculating, with at least one computer-based multiplier, a product of the plain signal and the transform signal to produce a weighted | The neural network operations include element-wise multiplications between weight matrices and activations. Although SoundHound does not publicly detail any specific gated multiplication between separate signal streams, such multiplicative interactions are inherent in neural network forward passes. <br><br> **Product Related Information Below:** |

14

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| plain signal; |

https://www.soundhound.com/voice-ai-products/asr/ |

15

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  https://www.youtube.com/watch?v=brErUouxb_s |
| claim 1.8 calculating, with the at least one computer-based multiplier, a product of the non-transformed first component of the input signal and the carry signal to produce a weighted input signal component; and | The Voice AI's neural network backend will perform multiplications between inputs and learned parameters. However, SoundHound's materials do not disclose a separate identity/carry signal gating structure forming a product with a non-transformed input component. Deep learning backends use many element-wise multiplications.<br><br>**Product Related Information Below:** |

16

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  |  https://www.soundhound.com/voice-ai-products/asr/ |

17

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=brErUouxb_s |
| claim 1.9 adding the weighted plain signal to the weighted input signal component to produce the weighted sum. | Neural network layers typically sum weighted inputs and outputs through forward propagation. While SoundHound does not detail specific internal additive pathways, the overall architecture would inherently involve weighted sums of signals in network layers.<br><br>**Product Related Information Below:** |

18

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
| |  https://www.soundhound.com/voice-ai-products/asr/ |

19

| U.S. Patent No. 1,098,4320 B2 [Claim] | SoundHoundAI (Voice AI Platform) [Relevant Text / Images] |
|---|---|
|  |  Speech To Meaning® Technology for Increased Speed and Accuracy https://www.youtube.com/watch?v=brErUouxb_s |

20